**Order entered April 2, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-01538-CR
No. 05-13-01539-CR

**JERRY WILLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F08-59040-T, F13-70137-T

## ORDER

The Court has before it appellant's March 25, 2014 motion to supplement the record in cause no. 05-13-01538-CR and to hold the briefing schedule for both appeals in abeyance. The clerk's record filed in cause no. 05-13-01538-CR (trial court no. F08-59040-T) contains a plea agreement, and a judicial confession from 2009. Moreover, counsel asserted the documents were needed for preparation of an *Anders* brief in cause no. 05-13-01538-CR. but counsel did not file an *Anders* brief in that case. Additionally, counsel has now filed briefs for both cases. Accordingly, the Court **DENIES** the March 25, 2014 motion as moot.

/s/     DAVID EVANS
JUSTICE